UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

Case Number: 11-10016-CIV-MARTINEZ-MCALILEY

ASSOCIATION FOR DISABLED
AMERICANS, INC., AND MICHELLE
WISNIEWSKI,

    Plaintiffs,

vs.

THAI ISLAND RESTAURANT LLC,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS MATTER is before the Court upon the parties' Agreed Joint Stipulation for Dismissal With Prejudice (D.E. No. 26). It is:

**ADJUDGED** that this action is **DISMISSED with prejudice** with this Court to retain jurisdiction to enforce the Settlement Agreement and award attorneys' fees and costs incurred as a result of said enforcement, if required. It is also:

**ADJUDGED** that all pending motions in this case are **DENIED as moot**, and this case is **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 27 day of December, 2011.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record